UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Carlos Vosburgh

    v.                                   Civil No. 07-101-JL

FNU Bourassa et al.


**ORDER OF RECUSAL**


    I hereby recuse myself from presiding over this case, and
request that the clerk reassign this matter.


    **SO ORDERED.**

                                      _____
                                        Joseph N. Laplante
                                        United States District Judge

March 25, 2008

cc:  Michael J. Sheehan, Esq.
     John A. Curran, Esq.
     Elizabeth L. Hurley, Esq.